**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 547 MAL 2022

          Respondent                :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

          v.                        :

                                    :

TYRESE ANDRE RANDOLPH,          :

                                    :

          Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.